**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| OUSMAN D.[1], | : | |
| Petitioner, | : | Civil Action No. 20-2292 (JMV) |
| v. | : | **ORDER** |
| THOMAS DECKER, | : | |
| Respondent. | : | |

**VAZQUEZ, District Judge:**

Presently pending before the Court is Petitioner Ousman D.'s ("Petitioner") motion for immediate release. D.E. No. 36.  In light of Petitioner's additional submission, D.E. 38, indicating that there had been a positive Covid-19 case at the Bergen County Jail (where Petitioner is also housed), the Court held a conference call with the parties on March 26, 2020.  For the reasons set forth on the record, and for good cause otherwise appearing,

**IT IS** on this 26th day of March, 2020,

**ORDERED** that Petitioner's motion for immediate release, D.E. No. 36 (as supplemented by D.E. 38) is **DENIED without prejudice**; and it is further

**ORDERED** that the parties shall abide by Expedited Briefing Schedule Order, D.E. 39,

---

[1] Petitioner is identified herein only by his first name and the first initials of his surnames in order to address certain privacy concerns associated with § 2241 immigration cases.  This manner of identification comports with recommendations made by the Judicial Conference of the United States' Committee on Court Administration and Case Management.

and the Court will enter a text order if it intends to hear argument before the current return date of April 7, 2020.

                                                                       <u>s/ John Michael Vazquez</u>  
                                                                       JOHN MICHAEL VAZQUEZ  
                                                                       United States District Judge