<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| OUSMAN D.[1], | : | |
| | : | |
| Petitioner, | : | Civil Action No. 20-2292 (JMV) |
| | : | |
| v. | : | **ORDER** |
| | : | |
| THOMAS DECKER, | : | |
| | : | |
| Respondent. | : | |

**VAZQUEZ, District Judge:**

Presently pending before the Court is Petitioner Ousman D.'s ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  D.E. 33.  Also before the Court is Petitioner's motion for immediate release.  D.E. 36.  For the reasons set forth in the accompanying Opinion, and for good cause shown,

**IT IS** on this 13th  day of April, 2020,

**ORDERED** that Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, D.E. 33, is **DENIED without prejudice**; and it is further

**ORDERED** that Petitioner's motion for immediate release, D.E. 36, is **DENIED without prejudice**; and it is further

**ORDERED** that Petitioner's motion to amend, D.E. 32 is **GRANTED**; and it is finally

---

[1] Petitioner is identified herein only by his first name and the first initials of his surnames in order to address certain privacy concerns associated with § 2241 immigration cases.  This manner of identification comports with recommendations made by the Judicial Conference of the United States' Committee on Court Administration and Case Management.

**ORDERED** that the Clerk of the Court shall mark this matter closed.

_____
JOHN MICHAEL VAZQUEZ
United States District Judge